UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Case No. 11-cr-168-PB

<u>Anna Cheek</u>

## <u>O R D E R</u>

The defendant has moved through counsel to continue the April 3, 2012 trial in the above case, citing the need for additional time to consider plea negotiations or prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2012 to June 5, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 27, 2012 final pretrial conference is continued to May 21, 2012 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 15, 2012

cc:  Behzad Mirhashem, Esq.
     Alfred J.T. Rubega, Esq.
     United States Marshal
     United States Probation