UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**　　　　　　　　　　　　　　　Case No. 11-cr-168-PB

**Anna Cheek**


**O R D E R**


    The defendant has moved through counsel to continue the June 5, 2012 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2012 to July 10, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 21, 2012 final pretrial conference is continued to June 29, 2012 at 2:30 p.m.  No further continuances.

SO ORDERED.

```
                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge
```

May 17, 2012

cc:  Behzad Mirhashem, Esq.
     Alfred J.T. Rubega, Esq.
     United States Marshal
     United States Probation